Argued August 21, affirmed August 26, 1974

G & A CONTRACTING CO., INC., *Petitioner, v.*
MORGAN (No. 74-T-16), *Respondent.*

525 P2d 205

*Steven L. Swartsley,* Medford, argued the cause and filed the brief for petitioner.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and TANZER, Judges.

PER CURIAM.

AFFIRMED. *Just-A-Mere Farm v. Peet,* 247 Or 413, 430 P2d 987 (1967).